## In re INGRAM'S GUARDIANSHIP.
## JOHNSON et al. v. NELSON et al.

No. 15116—Opinion Filed Jan. 20, 1925.

**Appeal and Error—Dismissal—Removal of Property by Foreign Guardian—Minor Becoming of Age Pending Appeal.**

When a minor becomes of age while an appeal is pending involving the right of foreign guardians to remove his property out of the state and out of the custody of the local guardians, and plaintiffs in error file motion to dismiss the appeal on the ground that the minor has become of age, the motion will be sustained and the appeal dismissed.

(Syllabus by Threadgill, C.)

Commissioners' Opinion, Division No. 3.

Error from District Court, Muskogee County; William H. Zwick, Judge.

Probate proceedings by Campbell C. Johnson and Minerva Jones, as foreign guardians of Leonard D. Ingram, a minor, to remove personal property of minor from the state. Judgment denying the application to remove the property and the plaintiffs appeal. Appeal dismissed.

Wesley, Atkins & Chandler, for plaintiffs in error.

Glenn Alcorn, P. E. Gumm, and T. H. Davidson, for defendants in error.

Opinion by THREADGILL, C. Plaintiffs in error have filed motion to dismiss the appeal in the above cause on the ground that Leonard D. Ingram, the minor, has reached his majority since the appeal was lodged in this court, and since the question involved was the right of the guardian appointed in Washington, D. C., to remove moneys of the minor from the jurisdiction of the court and the custody of his guardians in this state, and this question being settled by the majority of the minor the same is moot in this court.

We think this is correct, the motion should be sustained and the appeal should be dismissed, at the cost of the plaintiffs in error.

By the Court: It is so ordered.

Note.— See under (1) 4 C. J. p. 584.